O AO 94 (Rev. 12/03) Commitment to Another District

FILED
JUL 27 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __CALIFORNIA__

UNITED STATES OF AMERICA
V.
*SIMON ABISOGOM BALDZHYAN*

## COMMITMENT TO ANOTHER DISTRICT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense  CR01-00990 TJH | District of Arrest  *1:09-mj-00162 GSA* | District of Offense |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment  ☐ Information  ☐ Complaint  ✔ Other (specify) *Violation Petition*
charging a violation of          U.S.C. §

**DISTRICT OF OFFENSE:** *Central District of California (Western - Spring)*

**DESCRIPTION OF CHARGES:**  *Violation of Supervised Release*

**CURRENT BOND STATUS:**
☐ Bail fixed at $        and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
✔ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

Representation:  ☐ Retained Own Counsel  ✔ Federal Defender Organization  ☐ CJA Attorney  ☐ None

Interpreter Required?  ✔ No  ☐ Yes  Language:

### EASTERN DISTRICT OF CALIFORNIA

TO: THE UNITED STATES MARSHAL
    You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

7-27-09
Date

Magistrate Judge Gary S. Austin

### RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |